FILED BY ___ D.C.
05 OCT 26 AM 10: 54
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

---

**PENELOPE WOLFE,**

**Plaintiff,**

**Vs.** **CIVIL ACTION NO. 05-2475 DV**

**MEMPHIS PUBLISHING COMPANY,**
**a Tennessee Corporation**
**d/b/a THE COMMERCIAL APPEAL,**
**an operating subsidiary of**
**THE E. W. SCRIPPS COMPANY,**
**A Foreign Corporation,** **JURY TRIAL DEMANDED**

**Defendants.**

---

**JOINT RULE 16(b) SCHEDULING STIPULATION/ORDER**

---

Pursuant to written notice, a scheduling conference was held November 3, 2005. Present were Kathleen L. Caldwell, counsel for Plaintiff, and Brian S. Faughnan, counsel for Defendants. At the conference, the following dates were established as the final dates for:

INITIAL DISCLOSURES: November 21, 2005

JOINING PARTIES: December 15, 2005

AMENDING PLEADINGS: December 15, 2005

INITIAL MOTIONS TO DISMISS: January 16, 2006

COMPLETING ALL DISCOVERY: May 22, 2006

(a) DOCUMENT PRODUCTION: May 22, 2006


This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on ________



(b) DEPOSITIONS, INTERROGATORIES, AND REQUESTS FOR ADMISSIONS: May 22, 2006

(c) EXPERT DISCLOSURE (Rule 26):

(1) DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT INFORMATION: February 20, 2006

(2) DISCLOSURE OF DEFENDANT'S RULE 26 EXPERT INFORMATION: April 6, 2006

(3) EXPERT WITNESS DEPOSITIONS: May 22, 2006

FILING DISPOSITIVE MOTIONS: June 30, 2006

OTHER RELEVANT MATTERS:

No depositions may be scheduled to occur after the discovery cutoff date. All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response, answer, or objection, which is the subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

This case is set for jury trial, and the trial is expected to lat 8 days. The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge.

This case is appropriate for ADR. The parties are directed to engage in court-annexed attorney mediation or private mediation after the close of discovery.

The parties are reminded that pursuant to Local Rule 11(a) (1) (A), all motions, except motions pursuant to Fed. R. Civ. P. 12, 56, 59, and 60 shall be accompanied by a proposed order.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file

a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties have not consented to trial before the Magistrate Judge.

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

Diane K. Vescovo

**DIANE K. VESVOCO**
**United States Magistrate Judge**
**DATE:** October 26, 2005

Kathleen L. Caldwell, #9916
Counsel for Plaintiff
2080 Peabody Avenue – Laird Place
Memphis, TN 38104
Telephone: (901) 274-2075
Facsimile: (901) 274-2085

Brian S. Faughnan
Counsel for Defendant
ARMSTRONG ALLEN
80 Monroe Avenue, Suite 700
Memphis, TN 38103
Telephone: (901) 523-8211
Facsimile: (901) 524-4936

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 2:05-CV-02475 was distributed by fax, mail, or direct printing on October 26, 2005 to the parties listed.

Warren C. Funk
MEMPHIS PUBLISHING CO., INC.
495 Union Ave.
Memphis, TN 39103

Kathleen L. Caldwell
LAW OFFICE OF KATHLEEN L. CALDWELL
2080 Peabody Ave.
Memphis, TN 38104

Honorable Bernice Donald
US DISTRICT COURT